826

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES E. GARNER (Impleaded), Defendant-Appellant.

(No. 56286;

First District—September 7, 1972.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

James J. Doherty, Public Defender, of Chicago, (Stanley Sacks, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.